**DISMISSED; Opinion Filed April 13, 2020**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00910-CV**

**IN RE TRAWAYNE GEORGE, Appellant**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-10285**

## MEMORANDUM OPINION

Before Justices Whitehill, Osborne, and Carlyle
Opinion by Justice Carlyle

By postcard dated February 14, 2020, we notified appellant the time for filing a brief had expired. We directed appellant to file a brief and extension motion within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. Appellant has not filed a brief, filed an extension motion, or corresponded with the Court regarding this appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

190910F.P05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN RE TRAWAYNE GEORGE,
Appellant

No. 05-19-00910-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-19-10285.
Opinion delivered by Justice Carlyle.
Justices Whitehill and Osborne
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered this 13th day of April, 2020.